14-4271
bhr

Aug. 25, 2014

Re: Case No. 14-4271 Response to your letter dated
Aug 18 2014

Dear Ms Englert;

Thank you for your quick response to my letters. Again I ask that you do not file or submit any written on my behalf before I have read and approved of such. I understand the Court insists upon punctuality so please send me a schedule of Docket. It is essential we work together in satisfying the Courts schedule

brief

Regarding your letter, you failed to mention any of the issues I raised concerning the violation of my Constitutional Rights;
Detective Van Hoesen perjerring himself in Discovery.
Knowingly submitting false evidence.
Conspiring to violate my Rights by enlisting others to validate his lies.

It is the upmost responsibility of Defense Counse to protect the Rights of individuals afforded to them by the Constitution of the United States. As with you, I immediately brought these issues to the attention of each of my prior

RECEIVED Aug 29 2011 AM 10:30

attorneys, only one, Michele Cinque took action by filing a Motion to dismiss. She would not have done so without investigation and validity to my claims. In my previous letter I stated a simple course of action needed to verify my claims.

Furthermore you barely addressed the issue of ineffective counsel, though in doing so you further compounded the situation in your assessment of when DNA matching occured. According to your letter a DNA match was established in Dec. 2012. The fact remains Mr. Patrick Kent showed me a bar graph emphatically declaring the prosecution has been in possession of this evidence depicting a match of my DNA to DNA left on evidence at the crime since Oct. 2012. What is puzzeling is why you and everyone else is ignoring the Prosecutions own words via e-mail says in March of 2013, that there may be a possible match. Furthermore the report Mr. Kent

testified to basing his opinion upon does not contain a bar graph. The Prosecutions claim that there might be a possible match does not prove a match has occured.

Due to the inconsistancies of the interpretations of the investigations I ask to be provided with copies of all material pertinent to my case

These items are to include, though not limited to, Discovery, all 302's, inter office e-mails, any notes of conversations, Private Investigators William Kanwisher's report, all letters by me to Chief Justice Cosenow, Judge Bredard, and all to and from my attorneys. I want all lab reports and the surveilance tapes of the crime scer

I understand this request to be substantial and therefore ask to be provided these at the earliest. It is my understanding that what is required is at your disposal and there should not be any delay.

Should for some unknown reason you are not in possession of said materials please obtain and send these immediately.

Should there be any delay which may cause conflict with the Docket schedule please contact the Court, myself and take the steps to remedy the situation

Your Cooperation and dedication is deeply appreciated.

Sincerely

Mark E. Couttes
  55010-037

cc   Lawlor & Englert LLC - Sicillia Englert

1 Michele Cinque Public Defender for Anne Arundel County Maryland.

MARK COULTER 55010-037
FEDERAL CORRECTIONAL INSTITUTION
FCI - GILMER
P.O. BOX 6000
GLENVILLE, W.V. 26351

CHARLESTON WV 250

26 AUG 2014 PM 3 L

Federal Courthouse    AUG 2 9 2014

U.S.

⇔55010-037⇔
Appeals Court
1100 E MAIN ST
Richmond, VA 23219-3525
United States

Court Clerk
232159933035